

# NUMBERS 13-12-00298-CR AND 13-12-00299-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

DEMARCUS NATHANIEL WILSON,                            Appellant,

## v.

THE STATE OF TEXAS,                                        Appellee.

### On appeal from the 252nd District Court
### of Jefferson County, Texas.

# MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Perkes**
**Memorandum Opinion Per Curiam**

Appellant, Demarcus Nathaniel Wilson, by and through his attorney, has filed motions to dismiss his appeals. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the cases, we grant the motions to dismiss pursuant to Texas Rule of Appellate

Procedure 42.2(a) and dismiss the appeals. Having dismissed the appeals at appellant's request, no motions for rehearing will be entertained, and our mandates will issue forthwith.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
19th day of July, 2012.